STEWARD v. DIXON.

## Leonard H. Steward v. Harvey M. Dixon.

Motions to dismiss for irregularity must be made at the earliest opportunity.

*Heard and Decided May 31st.*

Case made after judgment from Calhoun Circuit.

Judgment was rendered against defendant in the court below, and he was the moving party here.

*R. P. Toms,* for plaintiff, moved to dismiss the case for want of written notice of the filing in this court. The case was filed here July 28th, 1858.

*C. I. Walker, contra,* read affidavits showing that, though no written notice of the filing was served, plaintiff was informed thereof soon afterwards.

THE CHIEF JUSTICE:

We think the plaintiff too late with his motion. He appears to have known that the case was filed here soon after that was done, and no reason is given why the motion was not made earlier.